**MCGUIREWOODS LLP**
Molly M. White (SBN 171448)
mwhite@mcguirewoods.com
Sarah R. Wagner (SBN 365840)
swagner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANGELONE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:25-cv-03137-JLS-BFM<br><br>Hon. Josephine L. Staton<br>Magistrate Hon. Brianna Fuller Mircheff<br><br>**DEFENDANT'S NOTICE OF PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |

Defendant Bank of America, N.A. ("BANA"), through undersigned counsel, hereby notifies the Court that Plaintiff Mark Angelone ("Plaintiff") has accepted BANA's Offer of Judgment served on February 13, 2026, pursuant to Federal Rule of Civil Procedure 68.

On February 13, 2026, BANA served Plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. On February 24, 2026, Plaintiff signed BANA's Offer of Judgment. A true and correct copy of BANA's Offer of Judgment is attached hereto as **Exhibit A**.

Pursuant to Federal Rule of Civil Procedure 68(a), the offer and notice of acceptance are hereby filed with the Court, and BANA respectfully requests that the Clerk of the Court enter judgment in accordance with the terms of the accepted Offer of Judgment.

DATED: February 25, 2025 McGUIREWOODS LLP

By: */s/ Molly M. White*

Molly M. White
Attorney for Defendant
Bank of America, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, the foregoing **DEFENDANT'S NOTICE OF PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** was filed electronically in the Court's Electronic Case Filing System ("ECF"); thereby upon completion of the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

By: *[/s/ Molly M. White]*
Molly M. White