JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Angelone, | CASE NUMBER: |
| PLAINTIFF | 2:25-cv-03137-JLS-BFMx |
| v. | |
| Bank of America, N.A., | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on February 25, 2026 as docket number 31_____ (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff
_____

and against

Defendant
_____

according to the terms set forth in the Offer of Judgment.

Date: March 4, 2026_____          By: HON. JOSEPHINE L. STATON_____

United States District Judge

CV-140 (02/21)                    **JUDGMENT**