UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-03137-JLS-BFM Date: April 17, 2026
Title: Mark Angelone v. Bank of America, N.A.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Evelyn Chun | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING SUPPLEMENTAL BRIEFING FROM PLAINTIFF**

A motion for attorneys' fees filed by Plaintiff is presently before the Court. (Mot., Doc. 33.) Plaintiff's counsel seeks attorneys' fees calculated using an hourly rate of $700, which he justifies by citing to the *Laffey* matrix. (*Id.* at 8–9.) However, aside from one broad statement that his hourly rate is $700, (*see* Angelo Decl. ¶ 10, Doc. 33-1), and a reference to a 2022 case which did not involve court-awarded attorneys' fees, (*see* Reply at 3, Doc. 36), Plaintiff's counsel provides no information about the hourly rate that has been typically approved for counsel in cases such as this one.

Accordingly, the Court ORDERS Plaintiff's counsel Joe Angelo to file a supplemental declaration with the Court. The declaration shall include every award of attorneys' fees involving Mr. Angelo awarded by and approved by a court within the last five years. The declaration shall also include, for each award, the hourly rate the court approved for Mr. Angelo, the case name and number for each case in which the fees were awarded, and any other information Mr. Angelo deems appropriate. The declaration shall be filed no later than **April 21, 2026**.

Initials of Deputy Clerk: evc