**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK ANGELONE <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A. <br><br> Defendant. | Case No.: 2:25-cv-03137-JLS-BFM <br><br> **AMENDED JUDGMENT** |

On February 25, 2026 Defendant Bank of America, N.A. ("BANA") filed a Notice of Plaintiff's Acceptance of Offer of Judgment Pursuant to Federal Rules of Civil Procedure 68. (Doc. 31.)  On March 5, 2026, Judgment was entered against BANA in favor of Plaintiff. (Doc. 32.)

On April 23, 2026 this Court granted in part Plaintiff's Motion for Attorneys' Fees (Doc. 33), awarding Plaintiff's Counsel $17,350.00 in attorney's fees and $532.08 in costs. (Order Re Attorneys' Fees, Doc. 39.)

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the March 5, 2026 Judgment is amended to reflect BANA owes Plaintiff's Counsel $17,350.00 in attorney's fees and $523.08 in costs, in addition to the $1,000 awarded to Plaintiff.

DATED: May 1, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE